The Honorable JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTT FRANCIS ICEBERG, | NO. C15-1232 JLR |
| Plaintiff, | DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR MORE DEFINITE STATEMENT |
| v. | |
| STATE OF WASHINGTON, DSHS/DVR, ANN MARTIN, TRACY WILSON, | NOTE FOR MOTION CALENDAR: December 25, 2015 |
| Defendants. | |

Division of Vocational Rehabilitation (DVR), an agency within the Department of Social and Health Services (DSHS), through its attorneys, ROBERT W. FERGUSON, Attorney General of Washington, and AMBER L. LEADERS, Assistant Attorney General, replies to Plaintiff's Response to Defendants' Motion for More Definite Statement.

Mr. Iceberg requests that this Court deny Defendants' motion for more definite statement because it is moot. His request is perplexing because the deficiencies in the complaint alleged by Defendants have not yet been cured. Indeed, Defendants' motion, if granted, would afford Mr. Iceberg the relief he appears to seek: an opportunity to file a second amended complaint.

DEFENDANTS' REPLY TO PLAINTIFF'S
RESPONSE TO MOTION FOR
MORE DEFINITE STATEMENT
NO. C15-1232 JLR

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Mr. Iceberg suggests that the parties instead should confer to resolve deficiencies in the complaint rather than proceeding under Fed. R. Civ. P. 12(e). However, Mr. Iceberg has indicated that his intended amendments would address solely the issue of specific dates as the "only legitimate deficiency". *Leaders Declaration*, ¶ 2. Defendants believe that single amendment would not sufficiently cure the Complaint and that all deficiencies highlighted in the motion for more definite statement need to be addressed. Therefore, Defendants respectfully request this Court to provide specific guidance to Mr. Iceberg on what any amended complaint will require. Fed. R. Civ. P. 12(e) is appropriate for that purpose and this Court should grant Defendants' motion for more definite statement and require additional specificity in all requested categories.

## I. CONCLUSION

Defendants request that this Court grant the motion for more definite statement and order Mr. Iceberg to file an amended complaint curing the deficiencies noted in the motion. Any amended complaint should include factual allegations that would support all elements of the alleged causes of action. Further, it should supply reasonably specific dates of the allegations, and specific actions by the named Defendants that would support relief. Should Mr. Iceberg fail to comply with the Court's order within fourteen days, the Court should dismiss the action pursuant to Fed. R. Civ. P. 12(e).

RESPECTFULLY SUBMITTED this 21st day of December 2015.

ROBERT W. FERGUSON
Attorney General

*s/ Amber L. Leaders*
AMBER L. LEADERS, WSBA No.44421
Assistant Attorney General
Attorney for Defendants
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6658
E-mail: AmberL1@atg.wa.gov

DEFENDANTS' REPLY TO PLAINTIFF'S
RESPONSE TO MOTION FOR
MORE DEFINITE STATEMENT
NO. C15-1232 JLR

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

*Amber Leaders*, states and declares as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 21st day of December 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Scott F. Iceberg: **scotticeberg@yahoo.com**

A copy was also sent via U.S. Mail as follows:

**Plaintiff**
Scott F. Iceberg
715 2nd Avenue N, Apt 001
Seattle, WA 98109

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 21st day of December 2015, at Tumwater, Washington.

*s/ Amber L. Leaders*
Amber L. Leaders
Assistant Attorney General

DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR MORE DEFINITE STATEMENT NO. C15-1232 JLR

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565