1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| | |
|---|---|
| SCOTT FRANCIS ICEBERG, | CASE NO. C15-1232JLR |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON DSHS/DVR, et al., | |
| Defendants. | |

16

17

18

19

20

21

22

Before the court are two motions for reconsideration filed by Plaintiff Scott

Francis Iceberg.  (1st MFR (Dkt. # 60); 2d MFR (Dkt. # 61).)  The motions are

substantively identical.  (*Compare* 1st MFR *with* 2d MFR.)  Both motions ask the court

to reconsider its January 30, 2017, order granting Defendants' motion to dismiss this

action and denying Mr. Iceberg leave to amend his third amended complaint.  (*See* 1st

MFR; 2d MFR; *see also* 1/30/17 Order (Dkt. # 58).)  The court has considered the

motions, the relevant portions of the record, and the applicable law.

ORDER - 1

1   Pursuant to Local Rule LCR 7(h)(1), motions for reconsideration are disfavored,

2   and the court will ordinarily deny them unless there is a showing of (a) manifest error in

3   the prior ruling, or (b) facts or legal authority which could not have been brought to the

4   attention of the court earlier, through reasonable diligence.  Local Rules W.D. Wash.

5   LCR 7(h)(1).  Mr. Iceberg fails to make either showing with respect to any aspect of the

6   court's January 30, 2017, order.  (*See generally* 1st MFR; 2d MFR; *see also* 1/30/17

7   Order.)  Accordingly, the court DENIES Mr. Iceberg's motions (Dkt. ## 60, 61).

8         Dated this 5th day of April, 2017.

9

10

11         JAMES L. ROBART
           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2